```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>**Plaintiff**<br><br>v.<br><br>JUAN R. FILIBERTY-MONTALVO<br><br>**Defendant(s)** | **CRIMINAL NO.** 06-0058(JAG) |

**ORDER**

The deadline for filing objections to the Magistrate-Judge's Report and Recommendation has elapsed. (Docket No. 21). Upon review of the record, the Court adopts the Report and Recommendation.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 8th day of May, 2006.

S/Jay A. Garcia-Gregory<br>
JAY A. GARCIA-GREGORY<br>
United States District Judge